JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ADRIANA CATALINA LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 5:18-cv-00120-JDE<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation of the parties (Dkt. 24), the Stay in this matter (Dkt. 23) is lifted and the case is DISMISSED with prejudice, with the party to bear their own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: January 24, 2019

JOHN D. EARLY
United States Magistrate Judge

-1-